proach of the train, and a new trial granted, with costs to appellant to abide event.

KELLOGG and COCHRANE, JJ., concur in result.

DOBROZENSKY v. HARTFORD CARPET CORP. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Frank Dobrozensky, an infant, against the Hartford Carpet Corporation. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re DOELLINGER. (Supreme Court, Appellate Division, First Department. October 28, 1910.) In the matter of Henry A. Doellinger, an attorney. No opinion. Motion granted. Settle order on notice.

DONNELLY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by William F. Donnelly against the City of New York, as to damage parcel No. 31. T. Connoly, for appellant. A. I. Sire, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DORAN v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Robert Doran against the Interurban Street Railway Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DUFFY v. RODRIGUEZ et al. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Thomas F. Duffy against Salvador Rodriguez, Thomas F. Shirden and others, defendants. No opinion. Motion to resettle order denied, with costs. See, also, 139 App. Div. 755, 124 N. Y. Supp. 529.

In re DUNN et al. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) In the matter of the application of George W. Dunn and others, receivers of the Hudson River Electric Company, respondents, to compel the substitution of Abram J. Rose and George B. Curtis in the place and stead of Edgar T. Brackett, appellant, as attorney for the defendant in the action entitled as follows: Supreme Court, Warren County. Mary R. Hebert, as Administratrix of Edward H. Hebert, Deceased, v. Hudson River Electric Co., 128 App. Div. 932, 113 N. Y. Supp. 1133. No opinion. Order affirmed, with $10 costs and disbursements.

DURYEA v. ERNESTUS GULICK CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Franklin P. Duryea against the Ernestus Gulick Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 124 N. Y. Supp. 1114.

DUSHKIND, Appellant, v. GOLDFOGLE, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Charles Dushkind against Henry M. Goldfogle. No opinion. Motion to dismiss appeal granted, with costs.

DWIGHT, Respondent, v. CARMEN-GUANAJUATO GOLD MINING CO., Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Theodore Dwight against the Carmen-Guanajuato Gold Mining Company. D. Asch, for appellant. S. M. Richardson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EATON, Appellant, v. ORIENT INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Charles M. Eaton against the Orient Insurance Company. H. Cabell, for appellant. W. B. Ellison, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ECONOMU, Respondent, v. CHRYSTI, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by William Economu against Cristo Chrysti. No opinion. Judgment of the Municipal Court affirmed, with costs.

EELS v. MORSE. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Mary W. Eels against Jamin S. Morse. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. For opinion below, see 67 Misc. Rep. 125, 121 N. Y. Supp. 617.

EGAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Mary Egan against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents.

EIGHMIE v. EIGHMIE et al. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Frederick A. Eighmie against Harry E. Eighmie and others. George Karl, individually and as guardian ad litem, appellant. No opinion. Interlocutory judgment affirmed, with costs, against George Karl individually.

EILMAN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Solomon Eilman against the Nassau Electric Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., and JENKS, J., dissent.